**Samer Z. MURATOVIC,
Movant/Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. ED 99476.**

Missouri Court of Appeals,
Eastern District,
Division Four.

April 29, 2014.

Jessica Hathaway, Missouri Public Defenders Office, St. Louis, MO, for appellant.

Evan J. Buchheim, Assistant Attorney General, Jefferson City, MO, for respondent.

Before LISA S. VAN AMBURG, P.J., PATRICIA L. COHEN, J., and PHILIP M. HESS, J.

**ORDER**

PER CURIAM.

Samer Muratovic (Movant) appeals the judgment of the motion court denying his Rule 24.035 motion for post-conviction relief without an evidentiary hearing. Movant contends that his attorney was ineffective for failing to adequately inform Movant of the deportation consequences of his guilty plea. We affirm.

We have reviewed the briefs of the parties and the record on appeal and find that the motion court did not clearly err in denying post-conviction relief. An extended opinion would have no precedential value. We have, however, provided a memorandum opinion only for the use of the parties setting forth the reasons for our decision. We affirm the judgment pursuant to Rule 84.16(b).